**KJK**®
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

VIA EMAIL AND REGULAR MAIL

October 20, 2025

Amazon.com, Inc.
c/o Corporation Service Company
MC-CSC1, 300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

      Re: **Vedco Inc. DMCA Takedown Notice**

Dear Sir or Madam:

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represent Vedco Inc. (*"Vedco"*). A number of individuals and/or corporations (collectively, the *"Infringers"*) are using Amazon.com to violate Vedco's copyright and other intellectual property rights in a number of images, text and illustrations via unauthorized access to Amazon Standard Identification Numbers (*"ASINs"*).

All of the information you requested in accordance with the Digital Millennium Copyright Act (*"DMCA"*) is included below:

- *The name and email addresses of the person submitting this notice, plus any additional contact details*: My name and all contact information is provided above. For clarification purposes, my name is Alex Jones, and my email address is aej@kjk.com.
- *The rights owner's name, if the notice is submitted by an agent of the rights owner*: Vedco owns the rights, or has a valid license, to the copyright and/or intellectual property of the products in question.
- *Identification of the intellectual property rights asserted*: Vedco provided copyrighted material to Amazon in connection with the ASIN for each of its products, including product descriptions, images, and other documentation regarding the products. Indeed, **all** of the (i) product descriptions; (ii) text; and (iii) images associated with the ASINs for Vedco products are Vedco's copyrighted material or Vedco has a valid

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**®
A LAW FIRM BUILT FOR BUSINESS.

**KJK** KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

license to such materials.[1] The use of these ASINs by Infringers is a violation of Vedco's rights in such copyrighted materials.

- *Identification of the specific content on Amazon believed to be infringing, by ASIN or URL*: The Infringers set forth on the attached Schedule A, listed by storefront name, is infringing on the copyrighted material for each ASIN or ASINs associated with such seller.
- *Statement that the information in this notice is accurate*: Under penalty of perjury, I certify that the information contained in this notice is both true and accurate.
- *Statement that the submitter is authorized to act on behalf of the rights owner and has a good-faith belief that the use of the content is not authorized by the rights owner, its agent, or the law*: I have the authority to act on behalf of the owner of the copyrights involved and am providing this notice in good faith, with the reasonable belief that rights Vedco owns are being infringed.

This letter acts as the official notification under Section 512(c) of the DMCA, and, on behalf of our client, we seek the removal of the listings by the Infringers for each of the ASINs listed above. **We further request that you immediately give notice to the Infringers of this notification, inform them of their duty to remove the listings immediately, and notify them to cease any further unauthorized posting of sales on Amazon.com in the future.**

The law requires you, as a service provider, to disable access to the infringing materials upon receiving this notice. Under U.S. law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and immediately remove or otherwise disable access to these ASINs by the Infringers and remove their postings with all due speed should the direct infringer not comply immediately.

In addition, please preserve all documents, including electronically stored information, relating to the sellers listed above, including, without limitation, all personally-identifying

---

[1] The copyrighted material is not registered, nor is it required to be under the DMCA.

| CLEVELAND OFFICE | COLUMBUS OFFICE | KJK.com | **MERITAS** |
| --- | --- | --- | --- |
| 1375 East Ninth Street | 10 West Broad Street | | |
| One Cleveland Center + 29th Floor | One Columbus Center + Suite 2500 | | A LAW FIRM BUILT FOR BUSINESS. |
| Cleveland OH 44114 | Columbus OH 43215 | | |

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

information pertaining to these sellers and all transaction records associated with these accounts.

**FOR THE AVOIDANCE OF DOUBT, WE HEREBY DEMAND THE IMMEDIATE REMOVAL OF THE INFRINGERS' LISTINGS.**

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

**KJK.com**

**MERITAS**
**A LAW FIRM BUILT FOR BUSINESS.**

**KJK**
KOHRMAN JACKSON KRANTZ

ALEX E. JONES | Partner

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

## SCHEDULE A

| Seller Name | Seller ID | ASIN | Weblink |
|---|---|---|---|
| Fine PetHealth Group | A2XQUI0BMT3HG1 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNgI0DNHpD7nVxws3q7X1Ch3APUWB4oQ5lj5R0nuuJOgbf5S8spHJa9r0Nf8a5bAcacdu4DJTRjuQtsbgUzlqm3MM78DssenO6QitUgzRRy1OUztP_PWbn2NrmFmMgVKDo5GdfsYp3KoXB0fVlwrlQu6Z2sM-2VymHa_sc2nbG06Cf0X8hEpqpgoxOo9Ch7NXzLMERTsoTE58UVMzLYjm5eNEw.y0ZbBbTR83bTYyLB_1zaId2iqonX6o0f6CwXVosTa8c&dib_tag=se&keywords=Vedco&m=A2XQUI0BMT3HG1&qid=1760635764&s=merchant-items&sr=1-1 |
| The Fitter Critter | A3V0TGU62IMMRI | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNgIw9iCtR-lzlzHjQWc5PFeZo1G3E-axaIUERvuSZ3pya0KYsE3B21Lzh56ewzgCfmg9UDRXlzQmB_BK_vAQ3ujPBXhjcgvlU4BqP9Kp-yRUXokqF61P2pRpZh-_3sL1CdTIBD2G50H5L4kmsCaTKnzZgEW7kWpfbYj0KF7E9IKNOY.FfkuR4JkgxT-Z76WaVgqY6kM1unHnqa9SibQC06moz4&dib_tag=se&keywords=Vedco&m=A3V0TGU62IMMRI&qid=1760635890&s=merchant-items&sr=1-1 |
| Petlewa | A36OFM39N6MJ8Z | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.2l3ffcGZl3SBlFe4EcWyacB4nTxU1anKZl8pninuZon3gaukDm3y0fgtDWk-ZLZBI0iHX4TwtvFZbe9u7Ek4Mg.Fj4UvA113nt1jUpgshw7-hs9rzPAoLf2wX9X9r78g- |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS®**
A LAW FIRM BUILT FOR BUSINESS.

**KJK**
**KOHRMAN JACKSON KRANTZ**

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | aej@KJK.com

| | | | |
|---|---|---|---|
| | | | s&dib_tag=se&keywords=Vedco&m=A36OFM39N6MJ8Z&qid=1760636014&s=merchant-items&sr=1-1 |
| Friend of Brand | AXOM7UHUZMUUC | B004X2IDI2 | https://www.amazon.com/Nutrived-Liquid-Dogs-Cats-Vedco/dp/B004X2IDI2/ref=sr_1_1?dib=eyJ2IjoiMSJ9.O9n93DgYENN4dSwoBqBJ3Q.DwTvmjAgBoQvmZdCiTL-nZI3rYoZ_Ts_w1i_FLwFT8M&dib_tag=se&keywords=Vedco&m=AXOM7UHUZMUUC&qid=1760636113&s=merchant-items&sr=1-1 |
| VetMedRx | A4XOQ86PH08AY | B002QBSFLM | https://www.amazon.com/Flex-2500-Soft-Chews-Count/dp/B002QBSFLM/ref=sr_1_1?dib=eyJ2IjoiMSJ9.t-ZzyV8GZ_f2PFjeVU0HYfEaRv37h2gscvPa2gxiZms.HoWxRT82xuWmWbpcUIGJ5wzlWiFQ4ll9AjZmUxtw67Q&dib_tag=se&keywords=Vedco&m=A4XOQ86PH08AY&qid=1760636326&s=merchant-items&sr=1-1 |
| EntirelyPets | A2701FG002WN6Z | B000COAET6 | https://www.amazon.com/NutriVed-Zinpro-Dogs-CHEWABLE-Tablets/dp/B000COAET6/ref=sr_1_1?dib=eyJ2IjoiMSJ9.SasboT5tdq-LkE_dEYhw0m_NU_kj42JmyOdbohzfj77GjHj071QN20LucGBJIEps.Acat0QfVXCjKP8kzeGEcEm93xm9-LjU2MSjQgszUvac&dib_tag=se&keywords=Vedco&m=A2701FG002WN6Z&qid=1760636394&s=merchant-items&sr=1-1 |
| Revival Animal Health | AV9AW5IE9W42P | B0778RKRYG | https://www.amazon.com/Vedco-Feca-Med-Gallon/dp/B0778RKRYG/ref=sr_1_1?dib=eyJ2IjoiMSJ9.2CkVNSjFVGSxTr2gdZ-D9Q.u-FB9cMnUI-dFMdmfUc86nO5MKhVF__wGaAyV4t6ahE&dib_tag=se&keywords=Vedco&m=AV9AW5IE9 |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM BUILT FOR BUSINESS.

5

**KJK**
KOHRMAN JACKSON KRANTZ

ALEX E. JONES | Partner

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

| | | | |
|---|---|---|---|
| | | | W42P&qid=1760636495&s=merchant-items&sr=1-1 |
| Posh Pets And Paw | ALTF9RRPQF978 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.NMcbrosCYPkOt8bB8Mr8m4P80zbqRHmLCDkhkAUhZd9jPpNpfsbttQ1TQzLQ_ddwz60GfyeM-t5IZXDOrdQgGA.4QwjwCRkxwZga4WP_omwXxK0I3auiQhJh_2HpQRx0mw&dib_tag=se&keywords=Vedco&m=ALTF9RRPQF978&qid=1760636683&s=merchant-items&sr=1-1 |
| Fertile Valley Vet Supply | A1CNP75FU2B3C6 | B01CAXW002 | https://www.amazon.com/Vedco-NutriVed-Chewable-Vitamins-Tablets/dp/B01CAXW002/ref=sr_1_1?dib=eyJ2IjoiMSJ9.jYTIXB-rwl9lzvLOBN-grwrK4PoSMyEQdlV8N7eFIL7GjHj071QN20LucGBJIEps.h_dOjlY8qrOLS_A0UefiamI_eioy_wds5GzbuhcwaTc&dib_tag=se&keywords=Vedco&m=A1CNP75FU2B3C6&qid=1760636783&s=merchant-items&sr=1-1 |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

A LAW FIRM BUILT FOR BUSINESS.

6