**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In Re DMCA Subpoena to Amazon.com, Inc.** | )<br>)<br>) |

---

## DECLARATION OF ALEX E. JONES

---

I, Alex E. Jones, declare, under penalty of perjury, as follows:

1.      I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2.      I am an attorney with the law firm of Kohrman Jackson & Krantz LLP. I represent Vedco Inc. ("*Vedco*").

3.      Vedco designs and manufactures a number of proprietary products that it lists for sale on Amazon.com (the "*Products*"). Vedco developed copyrighted material or has a valid license thereto, including photos, illustrations and text (the "*Copyrighted Material*") for each of the Products.  In order to list the Products for sale on Amazon.com, Vedco provided the Copyrighted Material to Amazon.com in connection with a number of Amazon Standard Identification Numbers ("*ASINs*"). A list of the affected ASINs is attached as Exhibit A.

4.      Numerous individuals are selling the Products on Amazon.com without Vedco's authorization, and by using the ASINs are infringing on Vedco's copyright in the Copyrighted Material.

5.      Vedco seeks to subpoena Amazon.com, Inc. ("*Amazon*") for documents containing personally-identifying information of the Amazon sellers who are infringing Vedco's copyright.

6.       The objective of subpoenaing Amazon is to obtain the identities of the alleged infringers, and such information obtained from Amazon will only be used for the purpose of protecting Vedco's rights under 17 U.S. Code § 101, *et seq.*

7.       Attached as Exhibit A to this Declaration is a true and correct copy of the notification sent to Amazon, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: October 20, 2025

Alex E. Jones

**EXHIBIT A**

| Seller Name | Seller ID | ASIN | Weblink |
|---|---|---|---|
| Fine PetHealth Group | A2XQUI0BMT3HG1 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNgl0DNHpD7nVxws3q7X1Ch3APUWB4oQ5lj5R0nuuJOgbf5S8spHJa9r0Nf8a5bAcacdu4DJTRjuQtsbgUzlqm3MM78DssenO6QitUgzRRy1OUztP_PWbn2NrmFmMgVKDo5GdfsYp3KoXB0fVlwrlQu6Z2sM-2VymHa_sc2nbG06Cf0X8hEpqpgoxOo9Ch7NXzLMERTsoTE58UVMzLYjm5eNEw.y0ZbBbTR83bTYyLB_1zaId2iqonX6o0f6CwXVosTa8c&dib_tag=se&keywords=Vedco&m=A2XQUI0BMT3HG1&qid=1760635764&s=merchant-items&sr=1-1 |
| The Fitter Critter | A3V0TGU62IMMRI | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNglw9iCtR-lzlzHjQWc5PFeZo1G3E-axalUERvuSZ3pya0KYsE3B21Lzh56ewzgCfmg9UDRXlzQmB_BK_vAQ3ujPBXhjcgvlU4BqP9Kp-yRUXokqF61P2pRpZh-_3sL1CdTIBD2G50H5L4kmsCaTKnzZgEW7kWpfbYj0KF7E9IKNOY.FfkuR4JkgxT-Z76WaVgqY6kM1unHnqa9SibQC06moz4&dib_tag=se&keywords=Vedco&m=A3V0TGU62IMMRI&qid=1760635890&s=merchant-items&sr=1-1 |
| Petlewa | A36OFM39N6MJ8Z | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.2I3ffcGZl3SBlFe4EcWyacB4nTxU1anKZl8pninuZon3gaukDm3y0fgtDWk-ZLZBI0iHX4TwtvFZbe9u7Ek4Mg.Fj4UvA113nt1jUpgshw7-hs9rzPAoLf2wX9X9r78g-s&dib_tag=se&keywords=Vedco&m=A36OFM39N6MJ8Z&qid=1760636014&s=merchant-items&sr=1-1 |
| Friend of Brand | AXOM7UHUZMUUC | B004X2IDI2 | https://www.amazon.com/Nutrived-Liquid-Dogs-Cats-Vedco/dp/B004X2IDI2/ref=sr_1_1?dib=eyJ2IjoiMSJ9.O9n93DgYENN4dSwoBqBJ3Q.DwTvmjAgBoQvmZdCiTL-nZl3rYoZ_Ts_w1i_FLwFT8M&dib_tag=se&keywords=Vedco&m=AXOM7UHUZMUUC&qid=1760636113&s=merchant-items&sr=1-1 |

| VetMedRx | A4XOQ86PH08AY | B002QBSFLM | https://www.amazon.com/Flex-2500-Soft-Chews-Count/dp/B002QBSFLM/ref=sr_1_1?dib=eyJ2Ij oiMSJ9.t-ZzyV8GZ_f2PFjeVU0HYfEaRv37h2gscvPa2gxiZ ms.HoWxRT82xuWmWbpcUIGJ5wzlWiFQ4ll9A jZmUxtw67Q&dib_tag=se&keywords=Vedco& m=A4XOQ86PH08AY&qid=1760636326&s=me rchant-items&sr=1-1 |
|---|---|---|---|
| EntirelyPets | A2701FG002WN 6Z | B000COAET6 | https://www.amazon.com/NutriVed-Zinpro-Dogs-CHEWABLE-Tablets/dp/B000COAET6/ref=sr_1_1?dib=eyJ2 IjoiMSJ9.SasboT5tdq-LkE_dEYhw0m_NU_kj42JmyOdbohzfj77GjHj07 1QN20LucGBJIEps.Acat0QfVXCjKP8kzeGEcEm9 3xm9-LjU2MSjQgszUvac&dib_tag=se&keywords=Ve dco&m=A2701FG002WN6Z&qid=1760636394 &s=merchant-items&sr=1-1 |
| Revival Animal Health | AV9AW5IE9W42 P | B0778RKRYG | https://www.amazon.com/Vedco-Feca-Med-Gallon/dp/B0778RKRYG/ref=sr_1_1?dib=eyJ2Ij oiMSJ9.2CkVNSjFVGSxTr2gdZ-D9Q.u-FB9cMnUl-dFMdmfUc86nO5MKhVF__wGaAyV4t6ahE&di b_tag=se&keywords=Vedco&m=AV9AW5IE9 W42P&qid=1760636495&s=merchant-items&sr=1-1 |
| Posh Pets And Paw | ALTF9RRPQF978 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ 2IjoiMSJ9.NMcbrosCYPkOt8bB8Mr8m4P80zbq RHmLCDkhkAUhZd9jPpNpfsbttQ1TQzLQ_ddw z60GfyeM-t5IZXDOrdQgGA.4QwjwCRkxwZga4WP_omwX xK0l3auiQhJh_2HpQRx0mw&dib_tag=se&key words=Vedco&m=ALTF9RRPQF978&qid=1760 636683&s=merchant-items&sr=1-1 |
| Fertile Valley Vet Supply | A1CNP75FU2B3C 6 | B01CAXW002 | https://www.amazon.com/Vedco-NutriVed-Chewable-Vitamins-Tablets/dp/B01CAXW002/ref=sr_1_1?dib=eyJ 2IjoiMSJ9.jYTIXB-rwl9lzvLOBN-grwrK4PoSMyEQdlV8N7eFIL7GjHj071QN20Luc GBJIEps.h_dOjlY8grOLS_A0Uefiaml_eioy_wds 5GzbuhcwaTc&dib_tag=se&keywords=Vedco &m=A1CNP75FU2B3C6&qid=1760636783&s= merchant-items&sr=1-1 |

**EXHIBIT B**

**KJK**
KOHRMAN | JACKSON | KRANTZ

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | aej@KJK.com

**VIA EMAIL AND REGULAR MAIL**

October 20, 2025

Amazon.com, Inc.
c/o Corporation Service Company
MC-CSC1, 300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

**Re: Vedco Inc. DMCA Takedown Notice**

Dear Sir or Madam:

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represent Vedco Inc. (*"Vedco"*). A number of individuals and/or corporations (collectively, the *"Infringers"*) are using Amazon.com to violate Vedco's copyright and other intellectual property rights in a number of images, text and illustrations via unauthorized access to Amazon Standard Identification Numbers (*"ASINs"*).

All of the information you requested in accordance with the Digital Millennium Copyright Act (*"DMCA"*) is included below:

- *The name and email addresses of the person submitting this notice, plus any additional contact details*: My name and all contact information is provided above. For clarification purposes, my name is Alex Jones, and my email address is aej@kjk.com.
- *The rights owner's name, if the notice is submitted by an agent of the rights owner*: Vedco owns the rights, or has a valid license, to the copyright and/or intellectual property of the products in question.
- *Identification of the intellectual property rights asserted*: Vedco provided copyrighted material to Amazon in connection with the ASIN for each of its products, including product descriptions, images, and other documentation regarding the products. Indeed, **all** of the (i) product descriptions; (ii) text; and (iii) images associated with the ASINs for Vedco products are Vedco's copyrighted material or Vedco has a valid

---

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

**KJK.com**

**MERITAS**®

**A LAW FIRM BUILT FOR BUSINESS.**

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | aej@KJK.com

license to such materials.[1] The use of these ASINs by Infringers is a violation of Vedco's rights in such copyrighted materials.

- _Identification of the specific content on Amazon believed to be infringing, by ASIN or URL_: The Infringers set forth on the attached <u>Schedule A</u>, listed by storefront name, is infringing on the copyrighted material for each ASIN or ASINs associated with such seller.
- _Statement that the information in this notice is accurate_: Under penalty of perjury, I certify that the information contained in this notice is both true and accurate.
- _Statement that the submitter is authorized to act on behalf of the rights owner and has a good-faith belief that the use of the content is not authorized by the rights owner, its agent, or the law_: I have the authority to act on behalf of the owner of the copyrights involved and am providing this notice in good faith, with the reasonable belief that rights Vedco owns are being infringed.

This letter acts as the official notification under Section 512(c) of the DMCA, and, on behalf of our client, we seek the removal of the listings by the Infringers for each of the ASINs listed above. **We further request that you immediately give notice to the Infringers of this notification, inform them of their duty to remove the listings immediately, and notify them to cease any further unauthorized posting of sales on Amazon.com in the future.**

The law requires you, as a service provider, to disable access to the infringing materials upon receiving this notice. Under U.S. law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and immediately remove or otherwise disable access to these ASINs by the Infringers and remove their postings with all due speed should the direct infringer not comply immediately.

In addition, please preserve all documents, including electronically stored information, relating to the sellers listed above, including, without limitation, all personally-identifying

---

[1] The copyrighted material is not registered, nor is it required to be under the DMCA.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

**A LAW FIRM BUILT FOR BUSINESS.**

**KJ+K**
KOHRMAN|JACKSON|KRANTZ

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | **aej@KJK.com**

information pertaining to these sellers and all transaction records associated with these accounts.

FOR THE AVOIDANCE OF DOUBT, WE HEREBY DEMAND THE IMMEDIATE REMOVAL OF THE INFRINGERS' LISTINGS.

THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

**KJK.com**

**MERITAS®**

**A LAW FIRM BUILT FOR BUSINESS.**

3

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | aej@KJK.com

## SCHEDULE A

| Seller Name | Seller ID | ASIN | Weblink |
|---|---|---|---|
| Fine PetHealth Group | A2XQUI0BMT3HG1 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNgl0DNHpD7nVxws3q7X1Ch3APUWB4oQ5lj5R0nuuJOgbf5S8spHJa9r0Nf8a5bAcacdu4DJTRjuQtsbgUzlqm3MM78DssenO6QitUgzRRy1OUztP_PWbn2NrmFmMgVKDo5GdfsYp3KoXB0fVlwrlQu6Z2sM-2VymHa_sc2nbG06Cf0X8hEpqpgoxOo9Ch7NXzLMERTsoTE58UVMzLYjm5eNEw.y0ZbBbTR83bTYyLB_1zaId2iqonX6o0f6CwXVosTa8c&dib_tag=se&keywords=Vedco&m=A2XQUI0BMT3HG1&qid=1760635764&s=merchant-items&sr=1-1 |
| The Fitter Critter | A3V0TGU62IMMRI | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.3ZUEG5i41iz4JBy3kLNglw9iCtR-lzlzHjQWc5PFeZo1G3E-axalUERvuSZ3pya0KYsE3B21Lzh56ewzgCfmg9UDRXlzQmB_BK_vAQ3ujPBXhjcgvlU4BqP9Kp-yRUXokqF61P2pRpZh-_3sL1CdTIBD2G50H5L4kmsCaTKnzZgEW7kWpfbYj0KF7E9lKNOY.FfkuR4JkgxT-Z76WaVgqY6kM1unHnqa9SibQC06moz4&dib_tag=se&keywords=Vedco&m=A3V0TGU62IMMRI&qid=1760635890&s=merchant-items&sr=1-1 |
| Petlewa | A36OFM39N6MJ8Z | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.2I3ffcGZl3SBlFe4EcWyacB4nTxU1anKZl8pninuZon3gaukDm3y0fgtDWk-ZLZBI0iHX4TwtvFZbe9u7Ek4Mg.Fj4UvA113nt1jUpgshw7-hs9rzPAoLf2wX9X9r78g- |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center  +  Suite 2500
Columbus OH 43215

**KJK.com**

**MERITAS®**

**A LAW FIRM BUILT FOR BUSINESS.**

**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | aej@KJK.com

| | | | |
|---|---|---|---|
| | | | s&dib_tag=se&keywords=Vedco&m=A36OFM39N6MJ8Z&qid=1760636014&s=merchant-items&sr=1-1 |
| Friend of Brand | AXOM7UHUZMUUC | B004X2IDI2 | https://www.amazon.com/Nutrived-Liquid-Dogs-Cats-Vedco/dp/B004X2IDI2/ref=sr_1_1?dib=eyJ2IjoiMSJ9.O9n93DgYENN4dSwoBqBJ3Q.DwTvmjAgBoQvmZdCiTL-nZl3rYoZ_Ts_w1i_FLwFT8M&dib_tag=se&keywords=Vedco&m=AXOM7UHUZMUUC&qid=1760636113&s=merchant-items&sr=1-1 |
| VetMedRx | A4XOQ86PH08AY | B002QBSFLM | https://www.amazon.com/Flex-2500-Soft-Chews-Count/dp/B002QBSFLM/ref=sr_1_1?dib=eyJ2IjoiMSJ9.t-ZzyV8GZ_f2PFjeVU0HYfEaRv37h2gscvPa2gxiZms.HoWxRT82xuWmWbpcUIGJ5wzlWiFQ4Il9AjZmUxtw67Q&dib_tag=se&keywords=Vedco&m=A4XOQ86PH08AY&qid=1760636326&s=merchant-items&sr=1-1 |
| EntirelyPets | A2701FG002WN6Z | B000COAET6 | https://www.amazon.com/NutriVed-Zinpro-Dogs-CHEWABLE-Tablets/dp/B000COAET6/ref=sr_1_1?dib=eyJ2IjoiMSJ9.SasboT5tdq-LkE_dEYhw0m_NU_kj42JmyOdbohzfj77GjHj071QN20LucGBJIEps.Acat0QfVXCjKP8kzeGEcEm93xm9-LjU2MSjQgszUvac&dib_tag=se&keywords=Vedco&m=A2701FG002WN6Z&qid=1760636394&s=merchant-items&sr=1-1 |
| Revival Animal Health | AV9AW5IE9W42P | B0778RKRYG | https://www.amazon.com/Vedco-Feca-Med-Gallon/dp/B0778RKRYG/ref=sr_1_1?dib=eyJ2IjoiMSJ9.2CkVNSjFVGSxTr2gdZ-D9Q.u-FB9cMnUI-dFMdmfUc86nO5MKhVF__wGaAyV4t6ahE&dib_tag=se&keywords=Vedco&m=AV9AW5IE9 |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**ᵢᵢᵢ MERITAS®**

**A LAW FIRM BUILT FOR BUSINESS.**

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

| | | | |
|---|---|---|---|
| | | | W42P&qid=1760636495&s=merchant-items&sr=1-1 |
| Posh Pets And Paw | ALTF9RRPQF978 | B0055FAVVS | https://www.amazon.com/NutriVed-Calcium-Plus-Chewable-Vitamins/dp/B0055FAVVS/ref=sr_1_1?dib=eyJ2IjoiMSJ9.NMcbrosCYPkOt8bB8Mr8m4P80zbqRHmLCDkhkAUhZd9jPpNpfsbttQ1TQzLQ_ddwz60GfyeM-t5IZXDOrdQgGA.4QwjwCRkxwZga4WP_omwXxK0I3auiQhJh_2HpQRx0mw&dib_tag=se&keywords=Vedco&m=ALTF9RRPQF978&qid=1760636683&s=merchant-items&sr=1-1 |
| Fertile Valley Vet Supply | A1CNP75FU2B3C6 | B01CAXW002 | https://www.amazon.com/Vedco-NutriVed-Chewable-Vitamins-Tablets/dp/B01CAXW002/ref=sr_1_1?dib=eyJ2IjoiMSJ9.jYTIXB-rwl9lzvLOBN-grwrK4PoSMyEQdlV8N7eFIL7GjHj071QN20LucGBJIEps.h_dOjlY8qrOLS_A0Uefiaml_eioy_wds5GzbuhcwaTc&dib_tag=se&keywords=Vedco&m=A1CNP75FU2B3C6&qid=1760636783&s=merchant-items&sr=1-1 |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

**A LAW FIRM BUILT FOR BUSINESS.**